**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x   Case No. 1:19-cv-01973-ENV-RER
FEIGE RUTNER,

              Plaintiff,   NOTICE OF VOLUNTARY DISMISSAL

    v.

CITIBANK, N.A.,

              Defendant,

---------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby agreed that any and all claims by Plaintiff against Defendant in the above captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile signatures shall be deemed originals hereof.

Dated:  January 13, 2021                                Edward B. Geller, Esq., P.C. by

                                                                                            */s/ Edward B. Geller*

Edward B. Geller, Esq., P.C., Of Counsel to M. Harvey Rephen & Associates, P.C.

                                                               15 Landing Way, Bronx, NY 10464

                                                                         Tel:(914)473-6783

                                                                       Email: epbh@aol.com

                                                                         Attorney for Defendant