**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

FEIGE RUTNER,

        Plaintiff,

v.

CITIBANK, N.A.,

        Defendant,

---------------------------------------------------------x

Case No. 1:19-cv-01973-ENV-RER

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), it is hereby agreed that any and all claims by Plaintiff against Defendant in the above captioned action are dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS FURTHER STIPULATED AND AGREED** that facsimile signatures shall be deemed originals hereof.

Dated: January 13, 2021

Edward B. Geller, Esq., P.C. by

_[signature]_

Edward B. Geller, Esq., P.C., Of Counsel to M. Harvey Rephen & Associates, P.C.

15 Landing Way, Bronx, NY 10464

Tel:(914)473-6783

Email: epbh@aol.com

Attorney for Defendant

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 2/5/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge